| FORM B1 | United States Bankruptcy Court<br>Eastern District of California | VOLUNTARY PETITION |
|---|---|---|

| Name of Debtor (If individual, enter Last, First, Middle):<br>Vogel, Ralph F. | Name of Joint Debtor (Spouse)(Last, First, Middle) |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>Ralph Frederick Vogel | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Soc.Sec./Tax I.D. No. (If more than one, state all):<br>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 | Soc.Sec./Tax I.D. No. (If more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>159 Rimma Way<br>Roseville, CA 95661 | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the<br>Principal Place of Business: Placer County | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>Same as above. | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor<br>(If different from street address above): | |

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check any applicable box) | | **Chapter or Section of Bankruptcy Code Under Which**<br>**the Petition is Filed** (Check one box) | |
|---|---|---|---|
| ☒ Individual(s) | ☐ Railroad | | |
| ☐ Corporation | ☐ Stockbroker | ☒ Chapter 7   ☐ Chapter 11   ☐ Chapter 13 | |
| ☐ Partnership | ☐ Commodity Broker | ☐ Chapter 9   ☐ Chapter 12 | |
| ☐ Other _____ | | ☐ Sec. 304 - Case Ancillary to Foreign Proceeding | |

| **Nature of Debts** (Check one box)<br>☒ Consumer/Non-Business   ☐ Business | **Filing Fee** (Check one box)<br>☒ Full Filing Fee attached |
|---|---|
| **Chapter 11 Small Business** (Check all boxes that apply)<br>☐ Debtor is a small business as defined in 11 USC §101.<br>☐ Debtor is and elects to be considered a small business under 11 USC §1121(e)(Optional) | ☐ Filing Fee to be pai~~d~~<br>only.) Must attach s~~~~<br>certifying that the c~~~~<br>ments. Rule 1006(b |

**Statistical/Administrative Information (Estimates Only)**

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.

☒ Debtor estimates that, after any exempt property is excluded and administrative expenses pa~~~~ will be no funds available for distribution to unsecured creditors.

### Estimated Number of Creditors

| 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|
| ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |

### Estimated Assets

| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million |
|---|---|---|---|---|---|---|
| ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |

### Estimated Debts

| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million |
|---|---|---|---|---|---|---|
| ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |

99-28391-C-7

DEBTOR: RALPH VOGEL
DEBTOR'S ATTY: M. KEETER
TRUSTEE: K. FLINN
JUDGE: HON. C. KLEIN
341 MEETING (Tentative Setting)
7/29/99. 08:00 AM - usb
Official meeting notice to be mailed
CHAPTER 7   COUNTY: PLACER
FILED 6/22/99 - 11:38 AM
RELIEF ORDERED
CLERK. U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION        suos
RECEIPT NO: 2-9-014673    $175

| Copyright 1997 M. Mohr, Inc. [1-800-998-242~~~~]

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s): Vogel, Ralph F. | FORM B1, Page 2 |
|---|---|---|

**Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attached additional sheet)

| Location | Case Number: | Date: |
|---|---|---|
| Where Filed: | | |

**Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attached additional sheet)

| Name of Debtor: | Case Number: | Date: |
|---|---|---|
| Relationship: | District: | Judge: |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _Ralph F Vogel_
Signature of Debtor Vogel, Ralph F.

X _____
Signature of Joint Debtor

_____
Telephone Number (if not represented by attorney)
_6-21-1999_
Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of Attorney

X _Melvin R. Keeter_
Signature of Attorney for Debtor(s)
MELVIN R. KEETER #59584
Printed Name of Attorney for Debtor(s)
Melvin R. Keeter Attorney at Law
Firm Name
2300 P Street
Address
Sacramento, CA   95816

(916) 446-7996
Telephone Number
_6-21-1999_
Date

### Signature of Non-Attorney Petition Preparer

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. §110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed or Typed Name of Bankruptcy Petition Preparer

_____
Social Security Number

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document: If more than one person prepared this document, attach additional signed sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts)
I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _Melvin R. Keeter_    _6-21-1999_
Signature of Attorney for Debtor(s)    Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.

    Copyright 1997 M. Mohr, Inc. [1-800-998-2424]

**United States Bankruptcy Court**
**Eastern District of California**

**IN RE**

Vogel, Ralph F.
Ralph Frederick Vogel
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

Case No. _____

159 Rimma Way
Roseville, CA   95661

**DEBTOR(S)**

Chapter _7_____

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

AMOUNTS SCHEDULED

| | NAME OF SCHEDULE | ATTACHED (YES/NO) | NUMBER OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|---|
| **A** | Real Property | Yes | 1 | 24,000.00 | | |
| **B** | Personal Property | Yes | 4 | 28,177.10 | | |
| **C** | Property Claimed as Exempt | Yes | 1 | | | |
| **D** | Creditors Holding Secured Claims | Yes | 1 | | 47,711.00 | |
| **E** | Creditors Holding Unsecured Priority Claims | Yes | 2 | | 400.00 | |
| **F** | Creditors Holding Unsecured Nonpriority Claims | Yes | 9 | | 83,675.23 | |
| **G** | Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| **H** | Codebtors | Yes | 1 | | | |
| **I** | Current Income of Individual Debtor(s) | Yes | 1 | | | 2,201.10 |
| **J** | Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 3,216.00 |
| | **Total Number of Sheets of All Schedules** | | 22 | | | |
| | **Total Assets** | | | 52,177.10 | | |
| | **Total Liabilities** | | | | 131,786.23 | |

Copyright 1993 M. Mohr, Inc. [1-800-998-2424]

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H" for Husband, "W" for Wife, "J" for Joint, or "C" for Community in the column labeled "HWJC." If the debtor holds no interest in real property, write "None" under "Description and Location of Property".

Do not include interests in executory contracts and unexpired leases on the schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a security interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim".

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | H W J C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| Lot  #006<br>Humbolt River Ranch Association<br>2205 Rye Patch Resivoir Road<br>Lovelock, NV  89419 | Fee | H | 12,000.00 | 0.00 |
| Lot #224<br>Humbolt River Ranch Association<br>2205 Rye Patch Reservoir Road<br>Lovelock, NV  89419 | Fee | H | 12,000.00 | 17,000.00 |
| | | TOTAL | 24,000.00 | |

(Report also on Summary of Schedules)

Copyright 1993 M. Mohr, Inc. [1-800-998-2424]

IN RE Vogel, Ralph F. _____ Case No. _____

Debtor(s)

## SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None". If additional space is needed in any category, attached a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H" for Husband, "W" for Wife, "J" for Joint, or "C" for Community in the column labeled "HWJC." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions only in Schedule C - Property Claimed as Exempt.

Do not include interests in executory contracts and unexpired leases on the schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property".

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | The Golden One Credit Union P.O. Box 15966 Account #5032043530 | H | 10.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, include audio, video, and computer equipment. | | Miscellaneous Household goods, etc. Personal Residence. | H | 200.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | Miscellaneous Clothing. Personal Residence. | H | 200.00 |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |

Copyright 1993 M. Mohr, Inc. [1-800-998-2424]

## SCHEDULE B - PERSONAL PROPERTY (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HWJC | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 9. Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issue. | X | | | |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | | Golden One Credit Union Retirement Benefits | H | 65.10 |
| | | Public Employees' Retirement System State of California | H | 1,950.00 |
| | | Social Security Administrators Benefits U.S. Government. | H | 452.00 |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 13. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 14. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 15. Accounts receivable. | X | | | |
| 16. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |

        Copyright 1993 M. Mohr, Inc. [1-800-998-2424]

# SCHEDULE B - PERSONAL PROPERTY (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 18. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 20. Other contingent and unliqui-dated claims of every nature, including tax refunds, counter-claims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 21. Patents, copyrights, and other intellectual property. Give par-ticulars. | X | | | |
| 22. Licenses, franchises, and other general intangibles. Give partic-ulars. | X | | | |
| 23. Automobiles, trucks, trailers, and other vehicles and accesso-ries. | | 1978 Dodge P/U Truck<br>1978 Mobile Home.<br>1985 Komfort 23' R.V. Motorhome<br>Personal Residence. | H<br>H<br><br>H | 1,800.00<br>20,000.00<br><br>3,500.00 |
| 24. Boats, motors, and accessories. | X | | | |
| 25. Aircraft and accessories. | X | | | |
| 26. Office equipment, furnishings, and supplies. | X | | | |

Copyright 1993 M. Mohr, Inc. [1-800-998-2424]

## SCHEDULE B - PERSONAL PROPERTY (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 27. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 28. Inventory. | X | | | |
| 29. Animals. | X | | | |
| 30. Crops - growing or harvested. Give particulars. | X | | | |
| 31. Farming equipment and implements. | X | | | |
| 32. Farm supplies, chemicals, and feed. | X | | | |
| 33. Other personal property of any kind not already listed, such as season tickets. Itemize. | X | | | |

**TOTAL** 28,177.10

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

_____0_ continuation sheets attached

 Copyright 1993 M. Mohr, Inc. [1-800-998-2424]

IN RE Vogel, Ralph F. _____ Case No. _____

Debtor(s)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:

(Check one box)

☐ 11 U.S.C. § 522(b)(1): Exemptions provided in 11 U.S.C. § 522(d). Note: These exemptions are available only in certain states.

☒ 11 U.S.C. § 522(b)(2): Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for 180 immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| Real Property | | | |
| Lot #006<br>Humbolt River Ranch Association<br>2205 Rye Patch Resivoir Road<br>Lovelock, NV 89419 | C.C.P.°703.104(b)(5) | 19,800.00 | 12,000.00 |
| Household goods and furnishings | | | |
| Miscellaneous Household goods, etc. | C.C.P.°703.104(b)(3) | 200.00 | 200.00 |
| Wearing apparel | | | |
| Miscellaneous Clothing. | C.C.P. 703.104(b)(3) | 200.00 | 200.00 |
| Interests in IRA, ERISA, Keogh, or other pension | | | |
| Golden One Credit Union Retirement Be | C.C.P.°703.104(b)(10) | 65.10 | 65.10 |
| Public Employees' Retirement System | C.C.P.°703.104(b)(10) | 1,950.00 | 1,950.00 |
| Social Security Administrators Benefi | C.C.P.°703.104(b)(10) | 452.00 | 452.00 |
| Automobiles, trucks, trailers, and other vehicles | | | |
| 1978 Dodge P/U Truck | C.C.P. 703.104(b)(2) | 2,400.00 | 1,800.00 |

Copyright 1993 M. Mohr, Inc. [1-800-998-2424]

IN RE Vogel, Ralph F.                                    Case No. _____

_____
Debtor(s)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding claims secured by property of the debtor as of the date of filing of the petition. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C", respectively, in the column labeled "HWJC."

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED NATURE OF LIEN AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL / UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 42010010227<br><br>Devco Properties, Inc.<br>6560 N. Scottsdale Road<br>Suite G-100<br>Scottsdale, AZ 85253 | | H | August 17, 1997<br><br>Purchase of Lot #224 in Nevada.<br><br>Value $      12,000.00 | | X | | 17,000.00<br>- - - - - - - - - - - -<br>5,000.00 |
| ACCOUNT NO. 42010010227<br><br>Devco Properties, Inc.<br>P.O. Box 29352<br>Phoenix, AZ 85038-9352 | | H | Purchase of Lot #224 in Nevada.<br><br>*See Devco Property, Inc. Account above*<br><br>Value $ | | X | | Unknown<br>- - - - - - - - - - - - |
| ACCOUNT NO. 5032043530-4<br><br>The Golden One Credit Union<br>P.O. Box 15966<br>Sacramento, CA 95852 | | H | Incurred - Unknown<br><br>Lien to secure loan on 1985 Komfort R.V. Motorhome.<br><br>Value $      3,500.00 | | X | | 8,433.00<br>- - - - - - - - - - - -<br>4,933.00 |
| ACCOUNT NO. 5032043530-5<br><br>The Golden One Credit Union<br>P.O. Box 15966<br>Sacramento, CA 95852 | | H | Incurred - Unknown<br><br>Lien to secure loan on 1978 Mobile Home.<br><br>Value $      20,000.00 | | X | | 22,278.00<br>- - - - - - - - - - - -<br>2,278.00 |

_____0 Continuation Sheets attached

Subtotal<br>(Total of this page)      47,711.00

(Complete only on last sheet of Schedule D)  **TOTAL**      47,711.00

(Report total also on Summary of Schedules)

[BOF6Dp1] SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS          Copyright 1993 M. Mohr, Inc. [1-800-998-2424]

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name and mailing address, including zip code, and account number if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of this petition.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H","W","J", or "C", respectively, in the column labeled "HWJC."

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the Total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. §507(a)(2)

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4300* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. §507(a)(3).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. §507(a)(4).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to a maximum of $4300* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. §507(a)(5).

☐ **Deposits by individuals**
Claims of individuals up to a maximum of $1,950* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. §507(a)(6)

☐ **Alimony, Maintenance, or Support**
Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

☒ **Taxes and Other Certain Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. §507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. §507(a)(9).

* Amounts are subject to adjustment on April 1, 2001, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____ 1 Continuation Sheets attached

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

### Taxes and Other Certain Debts Owed to Governmental Units
(Type of Priority)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | TOTAL AMOUNT OF CLAIM / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Internal Revenue Service <br> Odgen, UT 84201-0002 | | H | Incurred - 1997 <br><br> Income taxes owed to U.S. Government. | | X | | 400.00 <br><br> 400.00 |
| ACCOUNT NO. <br> State Of California <br> Franchise Tax Board <br> P.O. Box 942840 <br> Sacramento, CA 94240-0009 | | H | Incurred - Unknown <br><br> Income taxes owed to State of California. | | X | | Unknown |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet _____1___ of _____1__ Continuation Sheets attached to Schedule E

| | |
|---|---|
| Subtotal (Total of this page) | 400.00 |

(Complete only on last sheet of Schedule E)  **TOTAL**  400.00

(Report total also on Summary of Schedules)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H","W","J", or "C", respectively, in the column labeled "HWJC."

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.132026059<br><br>A.T.&T. Wireless<br>P.O. Box 78110<br>Phoenix, AZ 85062-8110 | | H | Incurred - Unknown<br><br>Telephone service. | | X | | 97.00 |
| ACCOUNT NO.3404<br><br>Acclaim Credit Technologies<br>P.O. Box 138<br>Hanford, CA 93232 | | H | Incurred - Unknown<br><br>Collection Agency for Ultramar Diamond Shamray. | | X | | 453.00 |
| ACCOUNT NO.595661VGERM159R98<br><br>American Family Publishers<br>P.O. Box 62000<br>Tampa, FL 33662 | | H | Incurred - Unknown<br><br>Books. | | X | | 9.00 |
| ACCOUNT NO.286833-5<br><br>California Auto Association<br>150 Van Ness Avenue<br>San Francisco, CA 94101 | | H | Incurred - Unknown<br><br>Auto Insurance. | | X | | 1,348.00 |

_____ 8 Continuation Sheets attached

Subtotal
(Total of this page)    1,907.00

(Complete only on last sheet of Schedule F) **TOTAL**

(Report total also on Summary of Schedules)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM IF CLAIM IS SUBJECT TO SETOFF, SO STATE | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 4226610751894771<br><br>Chase Bank<br>P.O. Box 15919<br>Wilmington, DE 19850 | | H | Incurred - Unknown<br><br>VISA - Miscellaneous purchases. | | X | | 2,448.00 |
| ACCOUNT NO. 2503017861<br><br>Chase Manhattan Bank<br>P.O. Box 15919<br>Wilmington, DE 19850 | | H | Incurred - Unknown<br><br>Deceased Wife's Credit Card. | | X | | 1,249.00 |
| ACCOUNT NO. 4226-6000-2205-4792<br><br>Chase Manhattan Bank<br>P.O. Box 15919<br>Wilmington, DE 19850 | | H | Incurred - Unknown<br><br>VISA - Miscellaneous purchases. | | X | | 1,844.00 |
| ACCOUNT NO. 5217-9500-2606-9256<br><br>Chase Manhattan Bank<br>P.O. Box 15919<br>Wilmington, DE 19850 | | H | Incurred - Unknown<br><br>Miscellaneous purchases. | | X | | 5,374.00 |
| ACCOUNT NO. 755-011-370-3<br><br>Chevron Charge<br>P.O. Box 2001<br>Concord, CA 94529-001 | | H | Incurred - Unknown<br><br>Miscellaneous purchases. | | X | | 2,908.00 |

Sheet _____1_____ of _____8_____ Continuation Sheets attached to Schedule F

Subtotal (Total of this page)  13,823.00

(Complete only on last sheet of Schedule F)  **TOTAL**

(Report total also on Summary of Schedules)

Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM IF CLAIM IS SUBJECT TO SETOFF, SO STATE | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 4271-3820-6072-2416<br>Citi Bank<br>P.O. Box 6000<br>The Lakes, NV 89163-6000 | | H | Incurred - Unknown<br><br>Miscellaneous charges. | | | X | 6,833.00 |
| ACCOUNT NO. 5424-1802-9656-6971<br>Citibank<br>P.O. Box 6000<br>The Lakes, NV 89163-6000 | | H | Incurred - Unknown<br><br>Miscellaneous charges. | | | X | 5,516.85 |
| ACCOUNT NO. 1312808<br>Client Services Inc.<br>221 Point West Blvd.<br>St. Charles, MO 63301 | | H | Incurred - Unknown<br><br>Collection Agency for Firestone. | | | X | 1,580.66 |
| ACCOUNT NO. 6011-0004-3650-2805<br>Discover Financial Services<br>P.O. Box 30395<br>Salt Lake City<br>UT 84130-0395 | | H | Incurred - Unknown<br><br>Miscellaneous purchases. | | | X | 5,213.62 |
| ACCOUNT NO. 538444561<br>Firestone Autopass<br>P.O. Box 81315<br>Cleveland, OH 44181-0344 | | H | Incurred - Unknown<br><br>Miscellaneous purchases. | | | X | 1,580.00 |

Sheet _____2___ of _____8___ Continuation Sheets attached to Schedule F

Subtotal (Total of this page) | 20,724.13

(Complete only on last sheet of Schedule F)  **TOTAL** |

(Report total also on Summary of Schedules)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM IF CLAIM IS SUBJECT TO SETOFF, SO STATE | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.4418-0240-1919-7373<br>First Bank Card Center<br>P.O. Box 2436<br>Omaha, NE 68103-2436 | | H | Incurred - Unknown<br><br>VISA - Miscellaneous purchases. | | X | | 4,164.00 |
| ACCOUNT NO.5286-3066-3226-8491<br>First Card<br>c/o FCC National Bank<br>P.O. Box 2004<br>Elgin, IL 60122-0001 | | H | Incurred - Unknown<br><br>Mastercard -<br>Miscellaneous purchases. | | X | | 4,011.00 |
| ACCOUNT NO.4168-1000-0141-9991<br>First Select Corporation<br>P.O. Box 9104<br>Pleasanton, CA 94566 | | J | Incurred - Unknown<br><br>Miscellaneous purchases. | | X | | 2,650.00 |
| ACCOUNT NO.5424-1802-9656-6971<br>GC Services<br>P.O. Box 261000 (057)<br>San Diego, CA 92196 | | H | Collection Agency for Citibank. | | X | | Unknown |
| ACCOUNT NO.<br>George MiRonenko<br>c/o R. Jack Frost, Esq.<br>1409  28th Street, #200<br>Sacramento, CA 95816 | | H | Date Incurred:    6-8-1999<br><br>Judgment for Unlawful<br>Detainer and back rent. | | X | | 1,200.00 |

Sheet _____3___ of _____8 Continuation Sheets attached to Schedule F

Subtotal
(Total of this page) **12,025.00**

(Complete only on last sheet of Schedule F)  **TOTAL**

(Report total also on Summary of Schedules)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM IF CLAIM IS SUBJECT TO SETOFF, SO STATE | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 300333707<br>Handyman Club Of America<br>P.O. Box 3411<br>Minnetonka, MN 55343 | | H | Incurred - Unknown<br>Miscellaneous purchases. | | X | | 264.00 |
| ACCOUNT NO. 4302-0004-4004-2353<br>Household Bank Visa<br>P.O. Box 7002<br>Anaheim, CA 92850-7002 | | H | Incurred - Unknown<br>VISA - Miscellaneous purchases. | | X | | 6,871.00 |
| ACCOUNT NO. 449-7654690770<br>J.C. Penny Co.<br>c/o Forster & Garbus<br>P.O. Box 9030<br>Farmingdale, NY 11735-9030 | | H | Incurred - Unknown<br>Miscellaneous purchases. | | X | | 142.00 |
| ACCOUNT NO. CG-9283051253959<br>JDR Recovery Corporation<br>P.O. Box 585<br>Ramsey, NJ 07446-0585 | | W | Incurred - Unknown<br>Collection Agency for<br>G.E. Capitol Credit<br>Services;<br>for Payless d.b.a.<br>Lumber Jack. | | X | | Unknown |
| ACCOUNT NO. 538444561<br>JDR Recovery Corporation<br>500 North Franklin Tpke<br>Ramsey, NJ 07446 | | H | Date Incurred: Unknown<br>Collection Agency for<br>First Card.<br>JDR#466A81-010820 | | X | | 1,430.66 |

Sheet _____4_ of _____8_ Continuation Sheets attached to Schedule F

Subtotal<br>(Total of this page) 8,707.66

(Complete only on last sheet of Schedule F) **TOTAL** _____

(Report total also on Summary of Schedules)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM IF CLAIM IS SUBJECT TO SETOFF, SO STATE | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 5217-9500-2606-9256<br>John G. Pugh<br>Attorney At Law<br>1111 Howe Ave, Suite 555<br>Sacramento, CA 95825 | | H | Incurred - Unknown<br><br>Account for National Credit Acceptance. A Collection Agency for Chase Manhattan Bank. | | X | | 5,374.00 |
| ACCOUNT NO. 3483051253959<br>Lumber Jack<br>P.O. Box 105980<br>Atlanta, GA 30353-5980 | | W | Incurred - Unknown<br><br>Miscellaneous purchases. | | X | | 2,564.00 |
| ACCOUNT NO. 58-651-87-663<br>Macy's<br>P.O. Box 4561<br>Carol Strm, IL 60197-4561 | | H | Incurred - Unknown<br><br>Miscellaneous purchases. | | X | | 317.00 |
| ACCOUNT NO. 48-502-938-374<br>Macy's<br>P.O. Box 4561<br>Carol Strm, IL 60197-4561 | | H | Incurred - Unknown<br><br>Miscellaneous purchases. | | X | | 480.00 |
| ACCOUNT NO. 6251-5030-008<br>Mervyn's<br>c/o Retailers National Bank<br>P.O. Box 59280<br>Minneapolis, MN 55459-0280 | | J | Incurred - Unknown<br><br>Miscellaneous purchases. | | X | | 100.00 |

Sheet _____5___ of _____8___ Continuation Sheets attached to Schedule F

| | Subtotal (Total of this page) | 8,835.00 |
|---|---|---|

(Complete only on last sheet of Schedule F)  **TOTAL** |_____

(Report total also on Summary of Schedules)

[BOF6Fp2] SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS (Continuation Sheet)     Copyright 1993 M. Mohr, Inc. [1-800-998-2424]

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM IF CLAIM IS SUBJECT TO SETOFF, SO STATE | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 810-229-918<br>Montgomery Wards<br>P.O. Box 103055<br>Roswell, GA 30076-9045 | | H | Incurred - Unknown<br><br>Miscellaneous purchases. | | X | | 4,229.00 |
| ACCOUNT NO. 7550113703<br>Nationwide Credit, Inc.<br>P.O. Box 740638<br>Atlanta, GA 30374 | | H | Incurred - Unknown<br><br>Collection Agency for Chevron Credit Bank, N.A. | | X | | 746.00 |
| ACCOUNT NO. 718223<br>RCA<br>11130 Sun Center Drive, #A<br>Rancho Cordova, CA 95741 | | H | Date Incurred:   Unknown<br><br>Collection Agency for "The Sacramento Bee" | | X | | Unknown |
| ACCOUNT NO. 4719-0101-0168-2774<br>Rocky Moutain Visa<br>c/o U.S. Bankcorp Service<br>P.O. Box 6345<br>Fargo, ND 58125-6345 | | J | Incurred - Unknown<br><br>VISA - Miscellaneous purchases. | | X | | 554.00 |
| ACCOUNT NO. 4893622015240<br>Sears<br>c/o Sears National Bank<br>P.O. Box 182149<br>Columbus, OH 43218-2149 | | H | Incurred - Unknown<br><br>Miscellaneous purchases. | | X | | 1,300.00 |

Sheet _____6___ of _____8___ Continuation Sheets attached to Schedule F

Subtotal (Total of this page) | 6,829.00

(Complete only on last sheet of Schedule F)  **TOTAL**

(Report total also on Summary of Schedules)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM IF CLAIM IS SUBJECT TO SETOFF, SO STATE | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.1556093<br><br>T.R.J.A.D.<br>Financial Services, Inc.<br>7801 Metro Parkway #100<br>Bloomington, MN 55425-1519 | | H | Incurred - Unknown<br><br>Collection Agency for Target. | | X | | Unknown |
| ACCOUNT NO.9-604-554-613<br><br>Target<br>c/o Retailers National Bank<br>P.O. Box 59231<br>Minneapolis, MN 55459-0231 | | H | Incurred - Unknown<br><br>Miscellaneous purchases. | | X | | 382.00 |
| ACCOUNT NO.4233-1700-0316-4201<br><br>The Golden One Credit Union<br>P.O. Box 15966<br>Sacramento, CA 95852 | | H | Incurred - Unknown<br><br>Miscellaneous charges. | | X | | 2,397.00 |
| ACCOUNT NO.782736867<br><br>The Sacramento Bee<br>P.O. Box 15120<br>Sacramento, CA 95851-1120 | | H | Date Incurred:  Unknown<br><br>Account for News Paper. | | X | | 38.00 |
| ACCOUNT NO.4719-0101-0168-2774<br><br>U.S. Bank<br>c/o U.S. Bank Card Services<br>P.O. Box  6300<br>Fargo, ND 58125-6300 | | H | Incurred - Unknown<br><br>Miscellaneous purchases. | | X | | 508.00 |

Sheet _____7_ of _____8_ Continuation Sheets attached to Schedule F

|  | Subtotal (Total of this page) | 3,325.00 |
|---|---|---|

(Complete only on last sheet of Schedule F)   **TOTAL**

(Report total also on Summary of Schedules)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM IF CLAIM IS SUBJECT TO SETOFF, SO STATE | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 83559781<br><br>Ultramar Diamond Shamrock Corp.<br>P.O. Box 631<br>Amarillo, TX 79105 | | H | Incurred - Unknown<br><br>Miscellaneous purchases on Credit Cards. | | X | | 453.00 |
| ACCOUNT NO. 4418-0240-1919-7373<br><br>United Creditors Alliance Corporation<br>2901 North Central #1550<br>Tower 1, Phoenix, AZ 85012 | | H | Date Incurred:   Unknown<br><br>First Bank Card Account. | | X | | 4,346.44 |
| ACCOUNT NO. 5282-0988-1290-1009<br><br>Wells Fargo Mastercard<br>P.O. Box 29475<br>Phoenix, AZ 85038-9475 | | H | Incurred - Unknown<br><br>Miscellaneous purchases. | | X | | 2,700.00 |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet _____8_____ of _____8_____ Continuation Sheets attached to Schedule F

Subtotal
(Total of this page) | 7,499.44

(Complete only on last sheet of Schedule F) **TOTAL** | 83,675.23

(Report total also on Summary of Schedules)

Debtor(s)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests.

State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease.

Provide the names and complete addresses of all other parties to each lease or contract described.

**NOTE:** A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate schedule of creditors.

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| DEVCO Properties, Inc.<br>c/o Concord Servicing Co.<br>6960 N. Scottsdale Road G-1<br>Scottsdale, AZ   85253 | Contact to purchase a Lot #224 in the State of Nevada. The Lot is for Residential purpose. |
| The Golden One Credit Union<br>P.O. Box 15966<br>Sacramento, CA   95852 | Purchase loan on 1978 Mobile Home. |
| The Golden One Credit Union<br>P.O. Box 15966<br>Sacramento, CA   95852 | Purchase loan on 1985 Komfort 23' Motor Home. |

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule. Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

☒ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |

Copyright 1993 M. Mohr, Inc. [1-800-998-2424]

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital Status | DEPENDENTS OF DEBTOR AND SPOUSE | | | |
|---|---|---|---|---|
| Single | **NAMES** | | AGE | RELATIONSHIP |

| Employment: | **DEBTOR** | **SPOUSE** |
|---|---|---|
| Occupation | Retired. | |
| Name of Employer | | |
| How long employed | | |
| Address of Employer | | |

|  | DEBTOR | SPOUSE |
|---|---|---|
| **Income: (Estimate of average monthly income)** | | |
| Current monthly gross wages, salary, and commissions | | |
| (pro rate if not paid monthly) | $ 1,428.33 | $ |
| Estimated monthly overtime | $ | $ |
| **SUBTOTAL** | $ 1,428.33 | $ |
| **LESS PAYROLL DEDUCTIONS** | | |
| a. Payroll taxes and Social Security | $ 216.50 | $ |
| b. Insurance | $ 45.50 | $ |
| c. Union dues | $ 4.50 | $ |
| d. Other (Specify) _____ | $ | $ |
|  | $ | $ |
| **SUBTOTAL OF PAYROLL DEDUCTIONS** | $ 266.50 | $ |
| **TOTAL NET MONTHLY TAKE HOME PAY** | $ 1,161.83 | $ |
| Regular income from operation of business or profession or farm | | |
| (attach detailed statement) | $ | $ |
| Income from real property | $ | $ |
| Interest and dividends | $ | $ |
| Alimony, maintenance or support payments payable to the debtor for the | | |
| debtor's use or that of dependents listed above | $ | $ |
| Social Security or other government assistance | | |
| Specify Social Security _____ | $ 452.50 | $ |
| Other monthly income | | |
| Specify California State Public Retirement | $ 521.67 | $ |
| (From deceased Wife's Retirement) | $ | $ |
| Retirement Income Golden One CreditUnion | $ 65.10 | $ |
| **TOTAL MONTHLY INCOME** | $ 2,201.10 | $ |

**TOTAL COMBINED MONTHLY INCOME**   $ 2,201.10          (Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:

None

Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse".

| | |
|---|---|
| Rent or home mortgage payment (include lot rented for mobile home) | $      281.00 |
| Are real estate taxes included?      Yes _____  No _X_____ | |
| Is property insurance included?      Yes _____  No _X_____ | |
| Utilities:  Electricity and heating fuel | $      211.00 |
|            Water and sewer | $       49.00 |
|            Telephone | $       50.00 |
|            Other _____ | $ |
| Home maintenance (repairs and upkeep) | $       50.00 |
| Food | $      350.00 |
| Clothing | $       25.00 |
| Laundry and dry cleaning | $       25.00 |
| Medical and dental expenses | $       50.00 |
| Transportation | $      150.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | $       20.00 |
| Charitable contributions | $ |
| Insurance: (not deducted from wages or included in home mortgage payments) | |
|            Homeowner's or renter's | $ |
|            Life | $ |
|            Health | $ |
|            Auto | $      149.00 |
|            Other _____ | $ |
| Taxes (not deducted from wages or included in home mortgage payments) | |
| (Specify) _____ | $ |
| Installment payments: (In chapter 12 and 13 cases, do not list payments to be included in the plan) | |
|            ~~Auto~~ Lot in Nevada | $      284.00 |
|            Other R.V. _____ | $      184.00 |
|            Other Credit Cards _____ | $    1,000.00 |
| Alimony, maintenance, and support paid to others | $ |
| Payments for support of additional dependents not living at your home | $ |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ |
| Other Mobile Home _____ | $      338.00 |

**TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules)**     $  3,216.00

(FOR CHAPTER 12 AND 13 DEBTORS ONLY)
Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

| | |
|---|---|
| A.  Total projected monthly income | $ |
| B.  Total projected monthly expenses | $ |
| C.  Excess income (A minus B) | $ |
| D.  Total amount to be paid into plan each _____ | $ |

(interval)

IN RE Vogel, Ralph F. _____ Case No. _____

Debtor(s)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ 21 _____

(Total shown on summary page plus 1)

sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: _6-21-1999_   Signature: _Ralph F. Vogel_

Vogel, Ralph F.

Debtor

Date: _____   Signature: _____

(Joint Debtor, if any)

[If joint case, both spouses must sign.]

### CERTIFICATION OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____     _____

Printed or Typed Name of Bankruptcy Petition Preparer                  Social Security No.

_____

Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

_____     _____

Signature of Bankruptcy Petition Preparer                  Date

A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedures may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other

officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____

_____ (corporation or partnership) named as debtor in this case,

declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____

(Total shown on summary page plus 1)

sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____   Signature: _____

_____

(Print or type name of individual signing on behalf of debtor)

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

**IN RE**

Vogel, Ralph F.
Ralph Frederick Vogel
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

159 Rimma Way
Roseville, CA  95661

Case No. _____

**DEBTOR(S)**

Chapter _7_____

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor.  Spouses filing a joint petition may file a single statement on which the information for both spouses is combined.  If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.  An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

Questions 1-15 are to be completed by all debtors.  Debtors that are or have been in business, as defined below, also must complete Questions 16-21.  **If the answer to any question is "None", or the question is not applicable, mark the box labeled "None".**  If additional space is needed for the answer to any question, use and attach a separate sheet property identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."*  A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership.  An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the two years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or person in control of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

*"Insider."*  The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any person in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates' any managing agent of the debtor. (11 U.S.C. § 101).

---

**1. Income from employment or operation of business**

None

☐    State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced.  State also the gross amounts received during the **two years** immediately preceding this calendar year.  (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income.  Identify the beginning and ending dates of the debtor's fiscal year.)  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                    SOURCE (if more than one)
1997 – $7,000.00      Wages

1998 – $0.00

1999 – $0.00

## 2. Income other than from employment or operation of business

None

[X] State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

AMOUNT                    SOURCE

---

## 3. Payments to creditors

None

[X] a. List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within **90 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

---

None

[X] b. List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR; RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

---

## 4. Suits and administrative proceedings, executions, garnishments and attachments

None

[ ] a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|

See Continuation Sheet - Page 1

None

[X] b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

## 5. Repossessions, foreclosures and returns

None

[X] List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

## 6. Assignments and receiverships

None

[X] a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None

[X] b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

**None**

[X] List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| | | | |

### 8. Losses

**None**

[X] List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|
| | | |

### 9. Payments related to debt counseling or bankruptcy

**None**

[ ] List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Melvin R. Keeter<br>Attorney at Law<br>2300 P Street<br>Sacramento, CA 95816 | 5-13-99 | $925.00 |

### 10. Other transfers

**None**

[X] List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| | | |

### 11. Closed financial accounts

None

[X] List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, association, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE AND NUMBER OF ACCOUNT AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

### 12. Safe deposit boxes

None

[X] List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

### 13. Setoffs

None

[X] List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

### 14. Property held for another person

None

[X] List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

## 15. Prior address of debtor

None

[X] If the debtor has moved within the **two years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| | | |

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the two years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

*(An individual or joint debtor should complete this portion only if the debtor is or has been in business, as defined above, within the two years immediately preceding the commencement of this case.)*

## 16. Nature, location and name of business

None

[X] a. If the debtor is an individual, list the names and address of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the **two years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the two years immediately preceding the commencement of this case.

b. If the debtor is a partnership, list the names and address of all businesses in which the debtor was a partner or owned 5 percent or more of the voting securities, within the **two years** immediately preceding the commencement of this case.

c. If the debtor is a corporation, list the names and addresses of all businesses in which the debtor was a partner or owned 5 percent or more of the voting securities within the **two years** immediately preceding the commencement of this case.

| NAME | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES OF OPERATION |
|---|---|---|---|
| | | | |

---

## 17. Books, records and financial statements

None

[X] a. List all bookkeepers and accountants who within the **six years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| | |

None
X b. List all firms who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME AND ADDRESS                                                                    DATES SERVICES RENDERED

None
X c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                           ADDRESS

None
X d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the **two years** immediately preceding the commencement of the case by the debtor.

NAME AND ADDRESS                                                                    DATE ISSUED

## 18. Inventories

None
X a. List the dates of the last two inventories taken on your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

DATE OF INVENTORY                    INVENTORY SUPERVISOR                    DOLLAR AMOUNT OF INVENTORY
(Specify cost, market or other basis)

None
X b. List the name and address of the person having possession of the records of each of the two inventories reported in a. above.

DATE OF INVENTORY                    NAME AND ADDRESSES OF CUSTODIAN
OF INVENTORY RECORDS

### 19. Current partners, officers, directors and shareholders

None

[X] a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None

[X] b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

### 20. Former partners, officers, directors and shareholders

None

[X] a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None

[X] b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

### 21. Withdrawals from a partnership or distributions by a corporation

None

[X] If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

Copyright 1993 M. Mohr, Inc. [1-800-998-2424]

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date ___6-21-1999___    Signature ___*Ralph F Vogel*___
of Debtor  Vogel, Ralph F.

Date_____    Signature_____
of Joint Debtor
(if any)

---

### CERTIFICATION OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____    _____
Printed or Typed Name of Bankruptcy Petition Preparer                Social Security No.

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

_____    _____
Signature of Bankruptcy Petition Preparer                Date

A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedures may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.

*[If completed on behalf of a partnership or corporation]*

I, declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs, and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date_____    Signature_____

_____
Print Name and Title

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

___1___ continuation sheets attached

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

## Statement of Financial Affairs
### Continuation Sheet - Page 1 of 1
### Question 4a

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| George Mironenko d.b.a. Country Villa Mobile Home Park Vs. Ralph F. Vogel, Fred Howard Case #MCV-6113 | Unlawful Detainer | Placer County Superior Court 101 Maple St. Auburn, CA 95603 | Judgment obtained against Ralph Vogel for $1,200. |
| National Credit Acceptance , Inc. A California Corp. Vs. Ralph F. Vogel Case #MCV-6537 | Contract | Placer County Superior Court 101 Maple St. Auburn, CA 95603 | Trial set for 8-30-99. |

Copyright 1993 M. Mohr, Inc. [1-800-998-2424]

**IN RE**

Vogel, Ralph F.
Ralph Frederick Vogel
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

Case No. _____

159 Rimma Way
Roseville, CA   95661          **DEBTOR(S)**          Chapter  7 _____

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

1. I have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.
2. I intend to do the following with respect to the property of the estate which secures those consumer debts:

   *a. Property to Be Surrendered.*

   Description of Property                              Creditor's Name

   <u>None</u> _____                         _____

   _____                                     _____

   _____                                     _____

   *b. Property to Be Retained. [Check any applicable statement.]*

| Description of Property | Creditor's Name | Property is claimed as exempt | Property will be redeemed pursuant to §722 | Debt will be reaffirmed pursuant to §524(c) |
|---|---|---|---|---|
| 1985 Komfort Motor Home | The Golden One Credit Union | X | _____ | x |
| Motor Home | The Golden One Credit Union | X | _____ | X |
| Lot #006 Humbolt River Ranch Assoc.   None | | X | _____ | _____ |
| Lot #224 Humbolt River Ranch Assoc. | | _____ | _____ | X |
| | | _____ | _____ | _____ |
| | | _____ | _____ | _____ |

Date: *6-21-1999*  */Ralph F. Vogel/*
        Debtor Vogel, Ralph F.                                    Joint Debtor (if any)

### CERTIFICATION OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____                    _____
Printed or Typed Name of Bankruptcy Petition Preparer         Social Security No.

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

_____                    _____
Signature of Bankruptcy Petition Preparer                     Date

A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedures may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.

**IN RE**

Vogel, Ralph F.
Ralph Frederick Vogel
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

159 Rimma Way
Roseville, CA  95661

Case No. _____

**DEBTOR(S)**

Chapter _7_____

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. §329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept ........................................................ $_____ 925.00

Prior to the filing of this statement I have received ...................................... $_____ 925.00

Balance Due ............................................................................................................ $_____

2. The source of the compensation paid to me was:   ☒ Debtor      ☐ Other (specify):

3. The source of compensation to be paid to me is:   ☒ Debtor      ☐ Other (specify):

4. ☒  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]

6. By agreement with the debtor(s), the above disclosed fee does not include the following services:
   Defense of any claim(s), suit(s) or other proceedings.

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

_6--21-1999_
Date

_Melvin R. Keeter_
Signature of Attorney

Melvin R. Keeter Attorney at Law
Name of Law Firm

---

# UNITED STATES BANKRUPTCY COURT

# NOTICE TO INDIVIDUAL CONSUMER DEBTOR(S)

The purpose of this notice is to acquaint you with the four chapters of the federal Bankruptcy Code under which you may file a bankruptcy petition. The bankruptcy law is complicated and not easily described. Therefore, you should seek the advice of an attorney to learn of your rights and responsibilities under the law should you decide to file a petition with the court. Neither the judge nor the court's employees may provide you with legal advice.

## Chapter 7: Liquidation ($130 filing fee plus $45 administrative fee)*

1. Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts.

2. Under Chapter 7 a trustee takes possession of all your property. You may claim certain of your property as exempt under governing law. The trustee then liquidates the property and uses the proceeds to pay your creditors according to priorities of the Bankruptcy Code.

3. The purpose of filing a Chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, your discharge may be denied by the court, and the purpose for which you filed the bankruptcy petition will be defeated.

4. Even if you receive a discharge, there are some debts that are not discharged under the law. Therefore, you may still be responsible for such debts as certain taxes and student loans, alimony and support payments, criminal restitution, and debts for death or personal injury caused by driving while intoxicated from alcohol or drugs.

5. Under certain circumstances you may keep property that you have purchased subject to a valid security interest. Your attorney can explain the options that are available to you.

## Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($130 filing fee plus $30 administrative fee)*

1. Chapter 13 is designed for individuals with regular income who are temporarily unable to pay their debts but would like to pay them in installments over a period of time. You are only eligible for Chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2. Under Chapter 13 you must file a plan with the court to repay your creditors all or part of the money that you owe them, using your future earnings. Usually the period allowed by the court to repay your debts is three years, but not more than five years. Your plan must be approved by the court before it can take effect.

3. Under Chapter 13, unlike Chapter 7, you may keep all your property, both exempt and non-exempt, as long as you continue to make payments under the plan.

4. After completion of payments under your plan, your debts are discharged except alimony and support payments, student loans, certain debts including criminal fines and restitution and debts for death or personal injury caused by driving while intoxicated from alcohol or drugs, and long term secured obligations.

## Chapter 11: Reorganization ($830 filing fee)*

Chapter 11 is designed primarily for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision for an individual to file a Chapter 11 petition should be reviewed with an attorney.

## Chapter 12: Family Farmer ($230 filing fee)*

Chapter 12 is designed to permit family farmers to repay their debts over a period of time from future earnings and is in many ways similar to a Chapter 13. The eligibility requirements are restrictive, limiting its use to those who income arises primarily from a family owned farm.

\* Fees are subject to change and should be confirmed before filing.

## ACKNOWLEDGEMENT

I, the debtor, affirm that I have read this notice.

| | Case Number |
|---|---|
| 6-21-1999 | Vogel, Ralph F. |
| Date | Debtor / Joint Debtor, if any |

INSTRUCTIONS: If the debtor is an individual, a copy of this notice personally signed by the debtor must accompany any bankruptcy petition filed with the Clerk. If filed by joint debtors, the notice must be personally signed by each. Failure to comply may result in the petition not being accepted for filing.

Copyright 1995 M. Mohr, Inc. [1-800-998-2424]